**CERTIFICATE OF SERVICE**

I, Samuel L. Raymond, declare under penalty of perjury that I served a copy of the Government's March 17, 2021 Memorandum of Law in Opposition to Ardae Hines' Petition Pursuant to 28 U.S.C. § 2255 by U.S. Mail to ARDAE HINES, 79260-054 FCI ALLENWOOD MEDIUM FEDERAL CORRECTIONAL INSTITUTION P.O. BOX 2000 WHITE DEER, PA 17887, on or about March 18, 2021.

Dated: New York, New York
March 24, 2021

By: /s Samuel L. Raymond
Samuel L. Raymond
Assistant United States Attorney
(212) 637-6519